# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00260-CV

| | | |
|---|---|---|
| D. Paul Prevallet | § | From the 231st District Court of |
| | § | Tarrant County (231-453337-09) |
| v. | § | January 9, 2014 |
| Rena Jane Prevallet | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It if further ordered that appellant D. Paul Prevallet shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bob McCoy